**JESSICA T. FEHR**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, Montana 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 247-4637
FAX: (406) 657-6058
Email: Jessica.Fehr@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2009 MAY 26 AM 11 17

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 09- 65 -BLG- JDS |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS |
| TAMMY SMITH, | Title 29 U.S.C. § 501(c) (Penalty: Five years imprisonment, $10,000 fine, and three years supervised release) |
| Defendant. | |

## THE GRAND JURY CHARGES:

In or about May 2004, and continuing thereafter until in or about December 2006, at Billings, in the State and District of Montana, the defendant, TAMMY SMITH, while a person employed, directly and indirectly, by Painters Local 1922, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and covert to her own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $11,175.43, in violation of 29 U.S.C. § 501(c).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Summons Return Date of:
6/25/09 @ 2:00
In front of Judge Ostby

Crim. Summons ✓ _____

Warrant: _____

Bail: None _____